



FILED

11/19/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0454

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Cause No. DA 20-0454

|  |  |  |
|---|---|---|
| STATE OF MONTANA, | ) | ORDER GRANTING |
|  | ) | UNOPPOSED MOTION FOR |
| Plaintiff and Appellee, | ) | EXTENSION OF TIME |
| v. | ) | TO FILE APPELLANT'S |
|  | ) | INITIAL BRIEF |
| GEORGE CARLON, | ) |  |
|  | ) |  |
| Defendant and Appellant. | ) |  |
|  | ) |  |

At the request of Defendant / Appellant, and no objection being interposed by the State, this Court hereby extends the filing date of Defendant's / Appellant's *Initial Brief* to Wednesday, December 1, 2021.

So ordered this 18th day of November 2021.

_____
Montana Supreme Court

cc:  Attorney General
Defendant / Appellant c/o Counsel